✓ # 10117   # 128598

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2010 JUN 22 PM 12: 13

In re: JONES, LETCHER C.
JONES, JEFF L.

Case No. 07-33354

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| St. Anne Mercy Hospital | 3404 Sylvania Ave.<br>Toledo, OH 43624 | $1.19 |

Check for $1.19 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 6/21/2010

John N. Graham, Trustee