✓ #10|18   # 128881

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 SEP 23 PM 3:32
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: JONES, LETCHER C<br>JONES, JEFF L | ) | Case No. 07-33354 |
| | ) | Chapter 7 |
| Debtor(s). | ) | Judge: MARY ANN WHIPPLE |

### TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   | | |
   |---|---|
   | Lucas Co. DJFS, PO Box 10007, Toledo, OH 43699 | $ 5.40 |
   | First Consumer Credit, 405 St. Hwy. 121 Bypass,<br>    Building A, Suite 250, Lewisville, TX 75067 | 42.60 |
   | Great Lakes, 2401 International Ln, Madison, WI 53704 | 99.63 |

2. Your Trustee's check for $147.63 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 9/22/2010

_____
John N. Graham, Trustee

Cc: United States Trustee